**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1023**

_____

PATRICK DALTON,

Plaintiff - Appellant,

versus

PREMIER BEHAVIORAL SOLUTIONS, INCORPORATED,
d/b/a Brynn Marr Behavioral Healthcare System,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Louise W. Flanagan, Chief District Judge. (7:05-cv-00030-FL)

_____

Submitted: April 19, 2007          Decided: April 24, 2007

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick Dalton, Appellant Pro Se. Mark W. Peters, WALLER, LANSDEN, DORTCH & DAVIS, Nashville, Tennessee; Norwood Pitt Blanchard III, CRANFILL, SUMNER & HARTZOG, LLP, Wilmington, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Dalton appeals the district court's order granting the Defendant's motion for summary judgment in Dalton's Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dalton v. Premier Behavioral Solutions, Inc., No. 7:05-cv-00030-FL (E.D.N.C. Dec. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED